UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

---------------------------------------------------------------------------x

Charlene Williams,

                          Plaintiff,

    -v.-

Experian Information Solutions, Inc.,
Affirm, Inc.,

                          Defendants.

---------------------------------------------------------------------------x

Civil Action No:
1:22-cv-4914

### NOTICE OF SETTLEMENT AS TO AFFIRM, INC.

Notice is hereby given that the Plaintiff and the Defendant, Affirm, Inc., have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 11th day of July 2023

                                            */s/Tamir Saland*
                                            Tamir Saland, Esq.
                                            **Stein Saks, PLLC**
                                            One University Plaza
                                            Hackensack, NJ 07601
                                            Phone: 201-282-6500
                                            tsaland@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 11, 2023 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Tamir Saland*
Tamir Saland, Esq.