UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

---------------------------------------------------------------------x
Charlene Williams                                     Civil Action No:
                                                      1:22-cv-4914

                    Plaintiff,

    -v.-

Experian Information Solutions, Inc.,
Affirm, Inc.,

                    Defendants.
---------------------------------------------------------------------x

### NOTICE OF VOLUNTARY DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant, Experian Information Solutions, Inc. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant, Experian Information Solutions, Inc. shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: August 3, 2023                                Respectfully Submitted,

                                                              /s/Tamir Saland
                                                              Tamir Saland, Esq.
                                                              **Stein Saks, PLLC**
                                                              One University Plaza
                                                              Hackensack, NJ 07601
                                                              tsaland@steinsakslegal.com
                                                              Tel. 201-282-6500
                                                              Fax 201-282-6501
                                                              *Attorneys for Plaintiff*

## **Certificate of Service**

  I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 3rd day of August, 2023    Respectfully Submitted,

                */s/ Tamir Saland*
                Tamir Saland